# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PERLA CRISTA RICARDO PORTILLO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN et al.,<br><br>Respondents. | Case No. 5:26-cv-02310-DFM<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED HABEAS PETITION (Dkt. 1) |

On May 3, 2026, Petitioner Perla Crista Ricardo Portillo filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), challenging her immigration detention under, primarily, the Due Process Clause of the Fifth Amendment. See Dkt. 1. The Petition alleges that Petitioner entered the United States without inspection in 2023, was subsequently apprehended "soon after entry," then released on an order of recognizance. See id. at 5-6. The Petition alleges that Petitioner was re-detained at a regularly scheduled appointment with immigration authorities on March 30, 2026. See id. at 6. The Petition seeks an order for "Petitioner's immediate release and reinstatement on the same condition of supervision and parole as she was prior to her re-detention." Id. at 15.

On May 11, 2026, Respondents filed an Answer, stating: "Respondents are not presenting an opposition argument at this time. Should the Court enter

relief, judgment may be entered such that, consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." Dkt. 7.

As Respondents do not advance any argument in opposition to the Petition, the unopposed Petition is **GRANTED** and Respondents are **ORDERED** to:

1.    Release Petitioner from custody immediately, under the same conditions as she was released before her March 30, 2026 re-detention; and

2.    File a statement with the court within two (2) court days of Petitioner's release, attesting to Respondents' compliance with this Order.[1]

Petitioner also requests costs and attorney's fees. See Petition at 16. The Court will consider an application requesting reasonable costs and fees under the Equal Access to Justice Act that is filed within thirty days (30) of the judgment.

**IT IS SO ORDERED.**

Date: May 11, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge

---

[1] Petitioner also seeks an injunction limiting her re-detention. See Petition at 15-16. The Court declines to grant any such relief and takes no position on whether, or under what circumstances, Respondents may lawfully seek to re-detain Petitioner in the future.