JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PERLA CRISTA RICARDO PORTILLO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN et al.,<br><br>Respondents. | Case No. 5:26-cv-02310-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petitioner's Unopposed Petition for Writ of Habeas Corpus filed on May 11, 2026.

Date: May 15, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge